Argued October 27, affirmed October 27, petition for rehearing denied November 23, 1971, petition for review denied January 18, petition for writ of certiorari denied by U. S. Supreme Court June 7, 1972

## STATE OF OREGON, *Respondent, v.* STANLEY R. ERICKSON (No. 13-651), *Appellant.*

489 P2d 971

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.